COOPER, WHITE & COOPER LLP
JILL B. ROWE (SBN 197713)
PATRICK M. ROSVALL (SBN 217468)
SCOTT M. McLEOD (SBN 242035)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Plaintiffs Comcast of Sacramento I, LLC; Comcast of Sacramento II, LLC; and Comcast of Sacramento III, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMCAST OF SACRAMENTO I, LLC, a California limited liability company; COMCAST OF SACRAMENTO II, LLC, a California limited liability company; and COMCAST OF SACRAMENTO III, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION, and DOES ONE through TWENTY,<br><br>Defendants. | CASE NO. 2:16-cv-01264-WBS-EFB<br><br>**STIPULATION TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271; ORDER**<br><br>The Hon. William B. Shubb |

Pursuant to Local Rule 271, the parties hereby agree to submit the above entitled action to the Voluntary Dispute Resolution Program.

Additionally, the parties stipulate to a ninety day continuance of the Status (Pretrial Scheduling) Conference currently set for October 11, 2016 at 1:30 p.m. before the Honorable William B. Shubb in Courtroom 5. The reason for this request is that the parties believe this case is amenable to settlement without the need for formal discovery. The parties' counsel have met and conferred extensively, and have agreed to voluntarily produce the very limited documents, information and legal authority that each side deems necessary for purposes of readying the case for settlement. The parties would appreciate the opportunity continue working cooperatively

1079720.1

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

STIPULATION TO REFER CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271

toward a settlement through the Court's Voluntary Dispute Resolution Program, and to avoid the legal expense inherent in formal discovery and court conferences.  The parties therefore request a ninety day continuance of the Status (Pretrial Scheduling) Conference to **January 11, 2016**, or the Court's first available date thereafter.

DATED:  September 6, 2016            COOPER, WHITE & COOPER LLP


By:      /s/ Jill B. Rowe
         Jill B. Rowe
         Attorneys for Plaintiffs Comcast of Sacramento I, LLC; Comcast of Sacramento II, LLC; and Comcast of Sacramento III, LLC

DATED:  September 8, 2016            BEST BEST & KRIEGER LLP


By:      /s/ Harriet A. Steiner
         Harriet A. Steiner
         Attorneys for Sacramento Metropolitan Cable Television Commission

## **ORDER**

IT IS HEREBY ORDERED that.

1.     The case is referred to the Court's Voluntary Dispute Resolution Program pursuant to Local Rule 271.

2.     The Status (Pretrial Scheduling) Conference is continued from October 11, 2016 at 1:30 p.m. to <u>January 17, 2017 at 1:30 p.m.</u>  All deadlines associated with the Status (Pretrial Scheduling) Conference are adjusted accordingly.

Dated:  September 9, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**COOPER, WHITE & COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1079720.1

2

STIPULATION TO REFER CASE TO VOLUNTARY DISPUTE RESOLUTION PROGRAM PURSUANT TO LOCAL RULE 271