COOPER, WHITE & COOPER LLP
JILL B. ROWE (SBN 197713)
PATRICK M. ROSVALL (SBN 217468)
SCOTT M. McLEOD (SBN 242035)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Plaintiffs Comcast of Sacramento I, LLC; Comcast of Sacramento II, LLC; and Comcast of Sacramento III, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMCAST OF SACRAMENTO I, LLC, a California limited liability company; COMCAST OF SACRAMENTO II, LLC, a California limited liability company; and COMCAST OF SACRAMENTO III, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION, and DOES ONE through TWENTY,<br><br>Defendants. | CASE NO. 2:16-cv-01264-WBS-EFB<br><br>**STIPULATION TO CONTINUANCE OF STATUS CONFERENCE;** ~~**PROPOSED**~~ **ORDER**<br><br>The Hon. William B. Shubb |

The parties stipulate to a thirteen-day continuance of the Status (Pretrial Scheduling) Conference currently set for January 17, 2017 at 1:30 p.m. before the Honorable William B. Shubb in Courtroom 5.  The reason for this request is that counsel for both parties are or have been recently ill and would request additional time to recuperate and prepare the joint status report and for the Status Conference.

COOPER, WHITE
& COOPER LLP

1093356.1

**STIPULATION TO CONTINUANCE OF STATUS CONFERENCE; PROPOSED ORDER**

The parties therefore request a thirteen-day continuance of the Status (Pretrial Scheduling) Conference to **January 30, 2017**, or the Court's first available date thereafter.

DATED: Janurary 5, 2017                COOPER, WHITE & COOPER LLP


By:   /s/ Jill B. Rowe
      Jill B. Rowe
      Attorneys for Plaintiffs Comcast of Sacramento I,
      LLC; Comcast of Sacramento II, LLC; and
      Comcast of Sacramento III, LLC

DATED: Janurary 5, 2017                BEST BEST & KRIEGER LLP


By:   /s/ Joshua A. Nelson
      Joshua A. Nelson for Harriet Steiner
      Attorneys for Sacramento Metropolitan Cable
      Television Commission

## **ORDER**

IT IS HEREBY ORDERED that the Status (Pretrial Scheduling) Conference is continued from January 17, 2017 at 1:30 p.m. to January 30, 2017 at 1:30 p.m. All deadlines associated with the Status (Pretrial Scheduling) Conference are adjusted accordingly. A Joint Status Report shall be filed no later than January 17, 2017.

Dated: January 9, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE