UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; and COMCAST OF SACRAMENTO III, LLC;<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION, and DOES 1 through 20,<br><br>　　　　Defendant. | CIV. NO. 2:16-1264 WBS EFB<br><br>ORDER |

----oo0oo----

After reviewing the parties' Joint Status Report, the court is uncertain as to whether it has jurisdiction in this matter. Defendant is a California municipal entity. (Joint Status Report at 5 (Docket No. 16).) Plaintiffs, California limited liability companies, claim that they are not citizens of California, but citizens of Pennsylvania and Michigan. (Compl.

1

1  ¶¶ 1-3, 8 (Docket No. 1).)  The Ninth Circuit has held that "an
2  LLC is a citizen of every state of which its owners/members are
3  citizens."  Johnson v. Columbia Properties Anchorage, LP, 437
4  F.3d 894, 899 (9th Cir. 2006).  Plaintiffs have not provided any
5  indication that their owners and members are not citizens of
6  California.  Given plaintiffs' names and registrations, the court
7  cannot make that assumption.  Accordingly, the basis for
8  diversity jurisdiction is unclear.
9           Accordingly, on or before January 30, 2017, counsel for
10 plaintiffs shall file a statement setting forth whether any of
11 plaintiffs' owners or members are citizens of California for
12 purposes of diversity jurisdiction.
13          IT IS SO ORDERED.
14 Dated:  January 24, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2