UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; and COMCAST OF SACRAMENTO III, LLC;<br><br>Plaintiffs,<br><br>v.<br><br>SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION and DOES 1 through 20,<br><br>Defendant. | CIV. NO. 2:16-cv-1264 WBS EFB<br><br>ORDER |

----oo0oo----

Within fourteen days of the date this Order is signed: the parties shall either file an agreed upon form of judgment requested by the court in its Order of April 5, 2017, or plaintiffs shall file a brief fully stating their position on the amount of payment they are entitled to under the April 5 order. Defendant may file a brief opposing plaintiffs' position within seven days after plaintiffs file their brief. The court will

1

inform the parties if an oral hearing is necessary to resolve the issue of the amount of payment due to plaintiffs under the April 5 order.

Plaintiffs' request for further briefing and oral argument on the question of whether plaintiffs are entitled to deduct fees imposed pursuant to California Public Utilities Code section 441 from state franchise fees is denied.

IT IS SO ORDERED.

Dated: May 23, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE