COOPER, WHITE & COOPER LLP
JILL B. ROWE (SBN 197713)
PATRICK M. ROSVALL (SBN 217468)
SCOTT M. McLEOD (SBN 242035)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:    (415) 433-1900
Facsimile:    (415) 433-5530

Attorneys for Plaintiffs Comcast of Sacramento I,
LLC; Comcast of Sacramento II, LLC; and
Comcast of Sacramento III, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| COMCAST OF SACRAMENTO I, LLC, a California limited liability company; COMCAST OF SACRAMENTO II, LLC, a California limited liability company; and COMCAST OF SACRAMENTO III, LLC, a California limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION, and DOES ONE through TWENTY, <br><br> Defendants. | CASE NO. 2:16-cv-01264-WBS-EFB <br><br> **JUDGMENT** <br><br> The Hon. William B. Shubb |

This matter came on regularly for hearing on the parties' cross-motions for summary judgment on April 3, 2017.  On April 5, 2017, the Court entered its Memorandum and Order granting in part and denying in part each such cross-motion.  [Docket No. 31]  On April 19, 2017, Plaintiffs requested further briefing and oral argument prior to entry of judgment.  [Docket No. 33]  The Court denied Plaintiffs' request for further briefing on May 23, 2017.  [Docket No. 36]  The Court's May 23, 2017 order required the parties to either file an agreed upon form of judgment consistent with the Court's April 5, 2017 Memorandum and Order re: Motion and Cross-Motion for Summary Judgment [Docket No. 31], or file separate briefs stating their respective positions. In compliance with the Court's orders, and without waiving any rights to reconsideration or

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1136493.2

[PROPOSED] JUDGMENT

1  appeal, the parties jointly submit this form of judgment.

2      IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

3      Plaintiffs Comcast of Sacramento I, LLC; Comcast of Sacramento II, LLC; and Comcast

4  of Sacramento III, LLC shall recover from Defendant Sacramento Metropolitan Cable Television

5  Commission the following amounts:

6      a.      one hundred sixty one thousand one hundred four dollars and sixty seven cents

7  ($161,104.67) through June 7, 2017; plus

8      b.      twenty-six dollars and sixty-eight cents ($26.68) for each day from June 8, 2017

9  through the date of entry of judgment; plus

10      c.      interest on the above sums at the rate of ten percent (10%) per annum from the date

11  of entry of this judgment until the date the judgment is paid.

12  Dated: June 6, 2017

13  _____
    WILLIAM B. SHUBB

14  UNITED STATES DISTRICT JUDGE

15

16  _____

17

18  Approved as to Form:

19  BEST BEST & KRIEGER LLP

20

21  By /s/ *Harriet A. Steiner*  (as authorized on June 5, 2017)
        Harriet A. Steiner

22      Attorneys for Defendant Sacramento Metropolitan
        Cable Television Commission

23

24  Approved as to Form:

25  COOPER, WHITE & COOPER LLP

26

27  By /s/ *Jill B. Rowe*

28

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1136493.2

2

[PROPOSED] JUDGMENT

1

Jill B. Rowe
Attorneys for Plaintiffs Comcast of
Sacramento I, LLC; Comcast of Sacramento
II, LLC; and Comcast of Sacramento III, LLC

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**COOPER, WHITE
& COOPER LLP**
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1136493.2

3

[PROPOSED] JUDGMENT