UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; and COMCAST OF SACRAMENTO III, LLC;<br><br>    Plaintiffs,<br><br>    v.<br><br>SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION and DOES 1 through 20,<br><br>    Defendants. | No. 2:16-cv-1264 WBS EFB<br><br>ORDER RELATING CASES |
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>    Plaintiff,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>    Defendant. | No. 2:18-cv-500 MCE EFB |

1

| | |
|---|---|
| SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>        Defendant. | No. 2:18-cv-1212 TLN DB |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because all three cases involve disputes regarding the calculation of franchise fees Comcast entities are required to pay to Sacramento Metropolitan Cable Television Commission under the same statutory regime and thus involve similar or identical legal and factual issues. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating cases under Local Rule 123 merely has the result that the actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Comcast of Sacramento I, LLC v. Sacramento Metropolitan Cable Television Commission, 2:16-cv-1264 WBS EFB; Sacramento Metropolitan Cable Television Commission v. Comcast Cable Communications Management, LLC, 2:18-cv-500 MCE EFB; and

| | |
|---|---|
| 1 | *Sacramento Metropolitan Cable Television Commission v. Comcast* |
| 2 | *Cable Communications Management, LLC*, 2:18-cv-1212 TLN DB, be, |
| 3 | and the same hereby are, deemed related.  The case denominated |
| 4 | *Sacramento Metropolitan Cable Television Commission v. Comcast* |
| 5 | *Cable Communications Management, LLC*, 2:18-cv-500 MCE EFB and |
| 6 | *Sacramento Metropolitan Cable Television Commission v. Comcast* |
| 7 | *Cable Communications Management, LLC*, 2:18-cv-1212 TLN DB, shall |
| 8 | be reassigned to the Honorable WILLIAM B. SHUBB.  Any dates |
| 9 | currently set in the reassigned cases only are hereby VACATED. |
| 10 | Henceforth, the captions on documents filed in the reassigned |
| 11 | cases shall be shown as *Sacramento Metropolitan Cable Television* |
| 12 | *Commission v. Comcast Cable Communications Management, LLC*, 2:18- |
| 13 | cv-500 WBS EFB and *Sacramento Metropolitan Cable Television* |
| 14 | *Commission v. Comcast Cable Communications Management, LLC*, 2:18- |
| 15 | cv-1212 WBS EFB. |
| 16 |     IT IS FURTHER ORDERED that the Clerk of the Court make |
| 17 | an appropriate adjustment in the assignment of cases to |
| 18 | compensate for these reassignments. |
| 19 | Dated:  August 17, 2018 |

*[Signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE