UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| COMCAST OF SACRAMENTO I, LLC; COMCAST OF SACRAMENTO II, LLC; and COMCAST OF SACRAMENTO III, LLC;<br><br>        Plaintiffs,<br><br>    v.<br><br>SACRAMENTO METROPOLITAN CABLE TELEVISION COMMISSION and DOES 1 through 20,<br><br>        Defendant. | No. 2:16-cv-1264 WBS EFB<br><br>ORDER |

----oo0oo----

Pursuant to the Ninth Circuit's opinion dated May 8, 2019 (Docket No. 55),[1] plaintiffs' Complaint (Docket No. 1) is hereby DISMISSED WITHOUT PREJUDICE. Plaintiffs have twenty days from the date this Order is signed to file a First Amended Complaint, if they can do so consistent with the Ninth Circuit's

---

[1] The mandate issued on May 30, 2019. (Docket No. 56.)

1

opinion.

   IT IS SO ORDERED.

Dated:  June 25, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE